1  MICHELE BECKWITH
   Acting United States Attorney
2  MATHEW W. PILE, WSBN 32245
   Associate General Counsel
3  Office of Program Litigation, Office 7
   Social Security Administration
4  JUSTIN L. MARTIN, MO 62255
   Special Assistant United States Attorney
5          6401 Security Boulevard
           Baltimore, Maryland 21235
6          Telephone: (206) 615-3735
           E-Mail: justin.l.martin@ssa.gov
7
8  Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| DEBORAH JUAREZ,    | Civil No. 2:24-cv-02948-TLN-JDP |
|---|---|
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO FILE THE ELECTRONIC CERTIFIED ADMINISTRATIVE RECORD AS THE ANSWER TO PLAINTIFF'S COMPLAINT |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Pending the Court's approval, the parties stipulate through their respective counsel that Defendant, the Commissioner of Social Security (the "Commissioner"), shall have a five-day extension of time to respond to Plaintiff's Complaint in this case from January 29, 2025, up to and including February 3, 2025. In support of this request, the Commissioner respectfully states as follows:

1. Defendant's response to Plaintiff's Complaint was due to be filed by January 29,

2025. Defendant previously requested an extension of the Answer deadline from December 30, 2024 to January 29, 2025.

2. In accordance with the Federal Rules of Civil Procedures, recently amended to add Supplemental Rules for Social Security review cases under 42 U.S.C. § 405(g), the Commissioner files a certified administrative record (CAR) as the Answer to a Complaint for review.

3. Counsel for Defendant made arrangements to file the CAR by January 29, 2025, but there was some internal confusion involving this case and another in which the Plaintiff had a similar name. As a result, our office inadvertently missed the deadline to file the Commissioner's Answer in this case by two business days (and five days total). Counsel for Defendant apologizes for the delay this has caused Plaintiff, Plaintiff's counsel, and the Court.

4. For this reason, Defendant respectfully requests a five-day extension of time *nunc pro tunc*, until today, February 3, 2025, to file the CAR as Defendant's Answer in this matter.

5. Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that he has no objection to this extension request.

6. This request is made in good faith and is not intended to delay the proceedings in this matter.

7. Defendant is attempting to preserve limited judicial resources and has applied the most rapid response under the circumstances.

WHEREFORE, Defendant requests until February 3, 2025, to respond to Plaintiff's Complaint.

Stip. For Ext; 2:24-cv-02948-TLN-JDP                -2-

|     |                              |                                                                 |
| --- | ---------------------------- | --------------------------------------------------------------- |
|     |                              | Respectfully submitted,                                         |
|     | DATE: February 6, 2025       | Prato & Reichman, APC                                           |

*/s/ Christopher James Reichman\**  
CHRISTOPHER JAMES REICHMAN  
Attorney for Plaintiff  
(*as authorized via email on February 3, 2025)

MICHELE BECKWITH  
Acting United States Attorney

MATHEW W. PILE  
Associate General Counsel  
Office of Program Litigation, Office 7  
Social Security Administration

DATE: February 6, 2025          By    *s/ Justin L. Martin*  
JUSTIN L. MARTIN  
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

Pursuant to stipulation, it is so ordered.

IT IS SO ORDERED.

Dated:    February 6, 2025                    _____  
JEREMY D. PETERSON  
UNITED STATES MAGISTRATE JUDGE