UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH JUAREZ, | Case No. 2:24-cv-2948-TLN-JDP |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| LELAND DUDEK, Commissioner of Social Security, | |
| Defendant. | |

On February 3, 2025, the Commissioner filed a copy of the administrative record. ECF No. 11. Under the scheduling order, plaintiff was required to file her motion for summary within thirty days of the date the administrative record was filed. ECF No. 5. The deadline has passed, and plaintiff has not filed a motion for summary judgment.

Accordingly, it is hereby ORDERED that:

1. Within fourteen days of the date of this order, plaintiff shall show cause why sanctions should not be imposed for failure to timely file a motion for summary judgment. *See* E.D. Cal. L.R. 110.

2. Plaintiff shall file her motion for summary judgment within fourteen days of the date of this order.

3. Failure of plaintiff to comply with this order will result in dismissal of this action for lack of prosecution and failure to comply with court orders.

1

IT IS SO ORDERED.

Dated:   March 19, 2025

/s/ Jeremy Peterson
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE