1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DEBORAH JUAREZ,                          Case No.  2:24-cv-2948-TLN-JDP (SS)

12              Plaintiff,

13        v.                                   ORDER

14    LELAND DUDEK, Commissioner of
      Social Security,
15
                Defendant.
16

17
          The court's October 29, 2024 scheduling order directed the Commissioner to file a copy
18
      of the administrative record within sixty days and ordered plaintiff to file a motion for summary
19
      judgment within thirty days of service of the administrative record.  ECF No. 5 at 2.  The
20
      Commissioner filed the administrative record on February 3, 2025.  ECF No. 11.  Plaintiff's
21
      motion was due thirty days later.  Plaintiff did not timely file a motion, therefore, on March 19,
22
      2025, I ordered plaintiff to show cause within fourteen days why sanctions should not be
23
      imposed.  ECF No. 14.  I warned plaintiff that failure to comply with the March 19 order would
24
      result in a recommendation that this action be dismissed for failure to prosecute and to comply
25
      with court orders.  *Id.*  After the deadline for plaintiff to file a motion for summary judgment and
26
      response to the order to show cause passed without word from plaintiff, I recommended that this
27
      action be dismissed for failure to prosecute and failure to comply with court orders.  ECF No. 15.
28
                                             1

1    Plaintiff has now filed objections to the April 15, 2025 findings and recommendations.

2    ECF No. 16.  Therein, plaintiff's attorneys explain that they had two internal scheduling problems

3    that caused them to miss both the initial filing date and the deadline to file a response to the

4    court's order to show cause.  In light of counsel's recognition of their errors and the court's

5    preference for litigation on the merits, I will vacate the April 15, 2025 findings and

6    recommendations.  The Clerk of Court shall file ECF No. 16-3 (plaintiff's motion for summary

7    judgment) on the docket as a separate filing.

8        Accordingly, it is ORDERED that:

9        1.  The April 15 findings and recommendations, ECF No. 15, are vacated.

10       2.  The Clerk of Court shall file ECF No. 16-3 (plaintiff's motion for summary judgment)

11   on the docket as a separate filing.

12       3.  The parties should adhere to the court's scheduling order for all further deadlines.

13

14   IT IS SO ORDERED.

15

     Dated:    April 23, 2025                                 _____

16                                                            JEREMY D. PETERSON
                                                              UNITED STATES MAGISTRATE JUDGE
17

18

19

20

21

22

23

24

25

26

27

28