MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
EDMUND DARCHER, WSBA 42906
Special Assistant United States Attorney
      Office of the General Counsel
      Social Security Administration
      6401 Security Blvd.
      Baltimore, MD 21235
      Telephone: (206) 615-2662
      Email: edmund.darcher@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

|  |  |
|---|---|
| DEBORAH JUAREZ,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | CIVIL NO. 2:24-cv-02948-TLN-JDP<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

     IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant,

Commissioner of Social Security ("Defendant"), through their undersigned counsel of record,

that the above-entitled action shall be remanded to the Commissioner of Social Security for

further administrative proceedings.  This stipulation constitutes a remand under the fourth

sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

1

2

3

4

5

        On remand, the Commissioner will further develop the record as necessary, offer Plaintiff the opportunity for a new hearing, and issue a new decision.  The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

6   Dated:  May 16, 2025                    /s/  Christopher James Reichman

7                                           CHRISTOPHER JAMES REICHMAN
                                            Attorney for Plaintiff
8                                           *Authorized via e-mail on May 16, 2025

9                                           MICHELE BECKWITH
                                            Acting United States Attorney
10                                          MATHEW W. PILE
                                            Associate General Counsel
11                                          Social Security Administration

12                              By:    /s/ Edmund Darcher

13                                          EDMUND DARCHER
                                            Special Assistant United States Attorney
14
                                            Attorneys for Defendant
15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).  Plaintiff's motion for summary judgment, ECF No. 18, is denied as moot.

DATED: May 19, 2025

_____
Troy L. Nunley
Chief United States District Judge