# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH JUAREZ,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br>Social Security Administration,<br><br>Defendant. | Case No. 2:24-cv-02948-TLN-JDP<br><br>**ORDER GRANTING JOINT MOTION FOR SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL JUSTICE ACT, 28 § 2412(d)** |

Based upon the Joint Motion for Settlement of Attorney Fees Pursuant to the Equal Justice Act, 28 U.S.C. § 2412(d) and costs of suit:

**IT IS ORDERED** that fees in the amount of $5,014.71 as authorized by 28 U.S.C. § 2412(d) be awarded subject to the terms of the Joint Motion.

Dated: June 11, 2025

_____
Hon. Troy L. Nunley
United States District Judge

- 1 -

Order On Joint Motion for Attorney's Fees Award